**United States Bankruptcy Court**
**Eastern District of Virginia**
701 East Broad Street
Richmond, VA 23219

                                                       **Case Number** 13−33063−KRH
                                                       **Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Peggy Lee Lewis
8009 Dominion Park Drive
Mechanicsville, VA 23111−2419

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−3374

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

### NOTICE OF NEED TO FILE PROOF OF CLAIM

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, the trustee has advised that there are assets from which a distribution may be paid.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above by the following deadlines:

**Deadline to File a Proof of Claim**

For all creditors (except a governmental unit):                   For a governmental unit:
**November 1, 2013**                                                    **November 1, 2013**

A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail with the court at the above address. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose photocopy of the proof of claim together with a stamped, self−addressed envelope. Any attachment to the claim must be on 8 1/2" x 11" paper.

There is no fee for filing the proof of claim

**Any creditor who already has filed a proof of claim need not file another proof of claim.**

Dated: August 1, 2013                                                    For the Court,

                                                                                William C. Redden, Clerk
[VAN004vOct2011.jsp]                                                United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 13-33063-KRH
Peggy Lee Lewis                                                       Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: baumgartn          Page 1 of 3           Date Rcvd: Aug 01, 2013
                            Form ID: VAN004        Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2013.
```
db              Peggy Lee Lewis,    8009 Dominion Park Drive,    Mechanicsville, VA  23111-2419
11825691       +Allied Interstate,    PO Box 361774,    Columbus, OH 43236-1774
11825692       +American Family Fitness,    12900 Amfit Way,    Midlothian, VA 23114-1210
11825693        Bank of America,    PO Box 17270,    Wilmington, DE 19850-7270
11825694       +Bierman, Geesing, Ward & Wood,    Re: Bankruptcy,    4520 E. West Hwy, Ste 200,
                 Bethesda, MD 20814-3382
11825695        Boleman Law Firm, P.C.,    P.O. Box 11588,    Richmond, VA 23230-1588
11825696       +CARMAX AUTO FINANCE,    225 CHASTAIN MEADOWS COURT,    KENNESAW GA 30144-5942
11825698       +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
11825700        Carmax Auto Finance,    PO Box 3174,    Milwaukee, WI 53201-3174
11825703       +Comcast,    Attn: Bankruptcy Notification,    8029 Corporate Drive,    White Marsh MD 21236-4977
11825704       +County of Hanover,    Public Utilities Department,    P.O. Box 470,    Hanover VA 23069-0470
11825706       +County of Hanover,    M. Scott Miller, Treasurer,    P.O. Box 200,    Hanover VA 23069-0200
11825705       +County of Hanover,    c/o Hanover County Atty.,    P.O. Box 470,    Hanover, VA 23069-0470
11825708      ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
                 (address filed with court: Dominion Virginia Power,     P.O. box 26543,    Richmond, VA 23290)
11825709       +Dr. C. Frederick Payne,    Lee Davis Med Ctr.,    7041 Lee Park Rd,,
                 Mechanicsville, VA 23111-3682
11825720       +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
11825716       +Hanover County Personal Property Tax,    M. Scott Miller, Treasurer,    P.O. box 430,
                 Hanover, VA 23069-0430
11825717       +Hanover County, Virginia,    County Attorney’s Office,    PO Box 470,    Hanover, VA 23069-0470
11825718        Hanover Public Utilities,    7516 County Complex Rd,,    Hanover, VA 23069
11825721       +Industrial Acceptance,    138 Orange Street,    New Haven, CT 06510-3121
11825728       +Liberty Mutual Group,    P.O. Box 52102,    Phoenix, AZ 85072-2102
11825731        Main Street Acquisition Corp,    Becket and Lee LLP.,    Attorneys/Agent for Creditor,    POB 3001,
                 Malvern, PA 19355-0701
11825732        Matthew Berkemeier,    8009 Dominion Park Drive,    Mechanicsville, VA 23111-2419
11825736       +Ohio Distinctive Solutions’,    6500 Fiesta Dr.,    Columbus, OH 43235-5201
11825737       +Phillips & Cohen Associates,    1002 Justison St,    Wilmington, DE 19801-5148
11825740       +Radiology Assoc- Richmond,    2602 Buford Rd,,    N Chesterfield, VA 23235-3422
11825741        Radiology Assoc. of Richmond,    P.O. Box 13343,    Richmond VA 23225-0343
11825747       +STBK,    P.O. Box 921819,    Norcross, GA 30010-1819
11825745        Solomon & Solomon,    Re:,    Box 15019,    Albany, NY 12212-5019
11825746       +St. Marys/Bon Secours,    Attn: Beverly Slater,    8580 Magellan Parkway,    Richmond VA 23227-1149
11825752       +Virginia Dept of Taxation,    P.O. Box 2156,    Richmond, VA 23218-2156
11825753        Virginia Natural Gas Customer Care Center,    P.O. Box 4569,    Dept. 6250,
                 Atlanta, GA 30302-4569
11825754       +Virginia Radiology Associates,    8629 Sudley Road, Suite 102,    P.O. Box 1067,
                 Manassas VA 20108-1067
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QHSHAIA.COM Aug 02 2013 03:48:00      Harry Shaia, Jr,    Spinella, Owings & Shaia, P.C.,
                 8550 Mayland Drive,    Richmond, VA 23294-4704
11825710        EDI: BANKAMER2.COM Aug 02 2013 03:48:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102
11825696       +EDI: OPHSUBSID.COM Aug 02 2013 03:48:00      CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
11825697        EDI: CAPITALONE.COM Aug 02 2013 03:48:00      Capital One,    PO Box 71083,
                 Charlotte, NC 28272-1083
11825701       +EDI: CHASE.COM Aug 02 2013 03:48:00      Chase,    Attn: Bankruptcy Dept,    201 N. Walnut Street,
                 Wilmington, DE 19801-2920
11825702        EDI: CHASE.COM Aug 02 2013 03:48:00      Chase Bank USA, N.A.,    PO Box 15145,
                 Wilmington, DE 19850-5145
11825707       +EDI: TSYS2.COM Aug 02 2013 03:48:00      Department Stores National Bank/Macy’s,
                 Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
11825712        EDI: RMSC.COM Aug 02 2013 03:48:00      GE Capital Retail Bank,    Attn: Bankruptcy Department,
                 PO Box 960061,    Orlando FL 32896-0661
11825711        EDI: RECOVERYCORP.COM Aug 02 2013 03:48:00      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
11825713       +EDI: RMSC.COM Aug 02 2013 03:48:00      GECRB/JCP,    Re: Bankruptcy,    PO Box 103104,
                 Roswell, GA 30076-9104
11825714       +EDI: RMSC.COM Aug 02 2013 03:48:00      GECRB/LOWE,    P.O. Box 981400,    El Paso, TX 79998-1400
11825715        EDI: RMSC.COM Aug 02 2013 03:48:00      GEMB/CARCareOne,    PO Box 960061,    Orlando, FL 32896-0061
11825719       +EDI: HFC.COM Aug 02 2013 03:48:00      HSBC,    Attn: Bankruptcy Department,    PO Box 5253,
                 Carol Stream, IL 60197-5253
11825723        EDI: IRS.COM Aug 02 2013 03:48:00      Internal Revenue Service,    400 N. 8th St., Box 76,
                 Stop Room 898,    Richmond, VA 23219-0000
11825724        EDI: IRS.COM Aug 02 2013 03:48:00      Internal Revenue Service,    Proceedings & Insolvencies,
                 P.O. Box 21126,    Philadelphia, PA 19114-0326
11825726        EDI: IRS.COM Aug 02 2013 03:48:00      IRS,    P.O. Box 7346,    Philadelphia, PA 19101-7346
11825722        EDI: AIS.COM Aug 02 2013 03:48:00      InSolve Recovery, LLC by American InfoSource LP,
                 PO Box 269093,    Oklahoma City, OK 73126-9093
```

```
District/off: 0422-7          User: baumgartn          Page 2 of 3          Date Rcvd: Aug 01, 2013
                              Form ID: VAN004          Total Noticed: 68
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
11825725      EDI: IRS.COM Aug 02 2013 03:48:00      Internal Revenue Service,   PO Box 7346,
              Philadelphia, PA 19101-7346
11825727     +EDI: CBSKOHLS.COM Aug 02 2013 03:48:00      Kohl's - Recovery,   Attn: Bankruptcy Dept,
              P.O. Box 3004,   Milwaukee, WI 53201-3004
11825729     +EDI: OPHSUBSID.COM Aug 02 2013 03:48:00      LINDIA, LLC,   C O WEINSTEIN AND RILEY, PS,
              2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
11825730      EDI: TSYS2.COM Aug 02 2013 03:48:00      Macys DSNB,   911 Duke Blvd,   Mason, OH 45040-0000
11825731      EDI: BL-CREDIGY.COM Aug 02 2013 03:48:00      Main Street Acquisition Corp,   Becket and Lee LLP.,
              Attorneys/Agent for Creditor,   POB 3001,   Malvern, PA 19355-0701
11825733     +E-mail/Text: bknotice@ncmllc.com Aug 02 2013 04:04:09     National Capital Management, LLC,
              agent for GE Capital Retail Bank,   8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
11825734     +E-mail/Text: icrb@nffs.com Aug 02 2013 05:15:35     National Fitness,   P.O. box 497,
              Layton, UT 84041-0497
11825735     +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Aug 02 2013 04:50:11      Office of the US Trustee,
              701 E. Broad Street,   Room 4304,   Richmond, VA 23219-1885
11825738      EDI: PRA.COM Aug 02 2013 03:48:00      Portfolio Recovery Associates, LLC,   POB 41067,
              Norfolk VA 23541
11825739     +EDI: PRA.COM Aug 02 2013 03:48:00      PRA Receivables Management, LLC,   POB 41067,
              Norfolk, VA 23541-1067
11825742      EDI: RECOVERYCORP.COM Aug 02 2013 03:48:00      Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
11825744     +EDI: SEARS.COM Aug 02 2013 03:48:00      Sears/CITI,   8725 W. Sahara Ave,
              The Lakes, NV 89163-0001
11825743     +EDI: SEARS.COM Aug 02 2013 03:48:00      Sears/cbna,   701 E. 60th St North,   P.O. Box 6241,
              Sioux Falls, SD 57117-6241
11825749      EDI: TFSR.COM Aug 02 2013 03:48:00      Toyota Motor Credit Corporation,   PO BOX 8026,
              Cedar Rapids, IA. 52408-8026
11825748     +EDI: TFSR.COM Aug 02 2013 03:48:00      Toyota Motor Credit,   PO Box 371339,
              Pittsburgh, PA 15250
11865703      EDI: TFSR.COM Aug 02 2013 03:48:00      Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,
              Cedar Rapids, Iowa 52408-8026
11825750      EDI: AFNIVERIZONE.COM Aug 02 2013 03:48:00      VERIZON,   PO BOX 3037,
              BLOOMINGTON, IL 61702-3037
11825755     +EDI: WFFC.COM Aug 02 2013 03:48:00      Wells Fargo Bank, NA,   Attn: Bankruptcy Department,
              3476 Stateview Blvd., MAC X7801-014,   Fort Mill, SC 29715-7200
11825756     +EDI: WFFC.COM Aug 02 2013 03:48:00      Wells Fargo Home Mortgage,   3480 Stateview Blvd,
              Fort Mill, SC 29715-7203
                                                                                             TOTAL: 36

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Harry Shaia, Jr,   Spinella, Owings & Shaia, P.C.,   8550 Mayland Drive,
              Richmond, VA 23294-4704
11825751*    +Verizon,   PO Box 3037,   Bloomington, IL 61702-3037
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2013**          **Signature:** _Joseph Speetjens_

```
District/off: 0422-7           User: baumgartn          Page 3 of 3                  Date Rcvd: Aug 01, 2013
                               Form ID: VAN004          Total Noticed: 68
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2013 at the address(es) listed below:
          Harry   Shaia, Jr    harryshaia@spinella.com,
           marykeller@spinella.com;dianecollins@spinella.com;hshaiajr@ecf.epiqsystems.com
          Harry   Shaia, Jr    on behalf of Trustee Harry   Shaia, Jr harryshaia@spinella.com,
           marykeller@spinella.com;dianecollins@spinella.com;hshaiajr@ecf.epiqsystems.com
          Jason M. Krumbein    on behalf of Debtor Peggy Lee Lewis jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com
                                                                                                                 TOTAL: 3